Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER HARRIS,<br><br>    Defendant. | No. 2:23-cr-00019-RAJ<br><br>ORDER DENYING MOTION FOR PRODUCTION OF TRANSCRIPTS AT GOVERNMENTAL EXPENSE |

THE COURT has considered Defendant's motion for production at government expense of transcripts of the bond status hearing conducted on June 20, 2023, and the bond status and evidentiary hearing conducted on June 22, 2023, both before Magistrate Judge Brian A. Tsuchida. Dkt. 67.

Having considered the motion, and the files and pleadings herein, the Court **DENIES** Defendant's motion that transcripts of the above hearings be prepared at government expense for purposes of his civil appellate matter.

DATED this 18th day of March, 2024.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1